■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON SIMON, Appellant. [743 NYS2d 309] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered November 16, 1998, convicting him of robbery in the first degree, upon a jury verdict, and sentencing him to a determinate term of 20 years' imprisonment.

Ordered that the judgment is modified, as a matter of discretion in the interest of justice, by reducing the sentence to a determinate term of 15 years.

The permissive adverse inference charge given by the court was an appropriate exercise of discretion under the circumstances (*see People v Martinez,* 71 NY2d 937; *People v Delgado,* 282 AD2d 223; *People v Brister,* 239 AD2d 513; *People v Gibbs,* 211 AD2d 641; *People v Gibbs,* 207 AD2d 288, *affd* 85 NY2d 899).

The sentence imposed was excessive to the extent indicated.

The defendant's remaining contention is without merit. Florio, J.P., O'Brien, Krausman and Luciano, JJ., concur.